

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER ON MOTION FOR REHEARING**

| | |
|---|---|
| Appellate case name: | Karl J. Lyons v. Terry David Ortego and Donna Hall Ortego, individually and d/b/a D&D Supply |
| Appellate case number: | 01-17-00092-CV |
| Trial court case number: | 2014-31125 |
| Trial court: | 281st District Court of Harris County |

     Appellees' motion for rehearing is **denied**.

Judge's signature:    */s/ Michael Massengale*
                         Acting for the Court

Panel consists of: Chief Justice Radack and Justices Massengale and Brown

Date: December 20, 2018